Commonwealth ex rel. Bordlemay, Appellant, *v.* Bordlemay.

436

Argued June 10, 1963. Before RHODES, P. J., ER-
VIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and
FLOOD, JJ.

*Thomas A. Ehrgood,* with him *Ehrgood & Ehrgood,* for appellant.

*L. E. Meyer,* with him *C. W. Whitmoyer, Jr.,* and *Meyer, Brubaker & Whitman,* for appellee.

OPINION PER CURIAM, September 12, 1963:

After reviewing this record we must conclude that it supports the facts as stated in the opinion of the lower court. Further, since the law has been properly applied to those facts, the order awarding custody of Wendy Lee Bordlemay to her father, Frederick L. Bordlemay, with liberal visitation privileges to the mother, Sandra Lee Bordlemay, is affirmed on the excellent opinion of Hon. G. THOMAS GATES, President Judge, reported at 31 Pa. D. &. C. 2d 46.